Jacob S. Wessel, Esq., ISB #7529
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID  83404
Telephone  (208) 522-1230
Fax  (208) 522-1277
wessel@thwlaw.com

  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| ALEXIS JOHNSON, | ) | Case No. 19-CV-105 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S MOTION IN LIMINE |
| GOLDEN VALLEY NATURAL, LLC, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff Alexis Johnson, by and through his attorney of record, and before trial and selection of the jury and requests the court to issue its order in limine to instruct all parties, their counsel and all witnesses as set forth below.

    I.    The following matters are immaterial and irrelevant to the litigation and will be highly prejudicial to plaintiff:

        1.    Any mention of witness Pamela Cortez's lawsuit against GVN, except to state that it is ongoing.

1 -   PLAINTIFF'S MOTION IN LIMINE

    2.    Defendants' First Affirmative Defense: failure to state a claim upon which relief can be granted. (Paragraph 60 of GVN's Answer)

    3.    Defendants' Second Affirmative Defenses: Assumption of Risk, contributory negligence, estoppel, laches, release, waiver, acquiescence, unclean hands, ratification, and any other response constituting an avoidance or affirmative defense. (Paragraph 62 of GVN's Answer)

This motion is made for the reason that the above facts and arguments either have no facts supporting them or are completely irrelevant and misplaced in an employment discrimination lawsuit, and if any of the above facts were made known to the jury, it would be highly improper and prejudicial to plaintiff, even though the court would sustain an objection and instruct the jury not to consider such facts for any purpose. This motion should be allowed because there is no way the problems mentioned can be properly handled at the trial of this cause.

II.    The following documents are admissible *per se*:

    1.    Deposition testimony of the parties and witnesses.

    2.    Defendant's signed responses to Interrogatories

DATED this 24th day of August, 2020.

                              THOMSEN HOLMAN WHEILER, PLLC

                              BY:    _____/s/_____
                                              Jacob S. Wessel, Esq.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system sent a copy electronically by email to the following:

DAVID ANTHONY EISELE dave@wrightlawidaho.com, dave.eisele@gmail.com
STEVEN J WRIGHT steve@wrightlawidaho.com

                                     THOMSEN HOLMAN WHEILER, PLLC

                                     By:    /s/
                                                Jacob S. Wessel, Esq.

JSW:clm

10638\PLEADINGS\011 Proposed Voir Dire