UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXIS JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOLDEN VALLEY NATURAL, LLC,<br><br>　　　　Defendant. | Case No. 4:19-cv-00105-BLW<br><br>**ORDER** |

　　　The trial in this matter is scheduled for September 14, 2020, in Pocatello, Idaho. Pocatello is in Phase 4 of the Governor's reopening plan, which allows for gatherings of more than 50 people where appropriate physical distancing and precautionary measures are observed, allowing the Court to empanel a jury. However, community transmission of coronavirus is still occurring in Idaho.

　　　Pursuant to 28 U.S.C. § 1871(e), and to protect the health and safety of the jurors during trial, the Court will order the jury's partial sequestration. The jurors will be instructed to remain within the courthouse during the trial day to reduce the risk of infection. Further, due to this partial sequestration, the Clerk shall procure such meals as necessary to sustain the jurors during the course of trial.

**MEMORANDUM DECISION AND ORDER - 1**

## ORDER

**IT IS ORDERED that**:

1. The jury shall be partially sequestered throughout trial to protect their health and safety. The jurors shall not leave the courthouse during the trial day.

2. Pursuant to 28 U.S.C. § 1871(e), the Clerk shall procure such meals as necessary to sustain the jurors during the course of trial.

DATED: September 2, 2020

_____
B. Lynn Winmill
U.S. District Court Judge