UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXIS JOHNSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>GOLDEN VALLEY NATURAL, LLC,<br><br>                Defendants. | Case No. 4:19-cv-00105-BLW<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled matter, respond **unanimously** to the questions submitted to us as follows:

*I. Disparate Treatment Claim*

[For guidance in answering these questions consult Instruction No. 10 and 16].

**Question 1:** Has Ms. Johnson proved, by a preponderance of the evidence, that sending her home early or *constructively discharging* her was based in whole or in part on her sex, gender, or race;

   ✓      _____
  Yes      No

**SPECIAL VERDICT FORM - 1**

## II. Hostile Work Environment Created by a Supervisor Claim

[For guidance in answering these questions see Instruction Nos. 11, 12, 13, and 15]

**Question 2:** Has Ms. Johnson proved, by a preponderance of the evidence, that her immediate supervisors subjected Ms. Johnson to a hostile work environment based upon sex, gender, or race?

__✓__     _____
Yes        No

## III. Hostile Work Environment Created by a Non-Immediate Supervisor or Coworker Claim

[For guidance in answering these questions see Instruction Nos. 11, 12, 14, and 15.]

**Question 3:** Has Ms. Johnson proved, by a preponderance of the evidence, that she was subjected to a sexually or racially hostile work environment by non-immediate *supervisors* and co-workers, and that Golden Valley Natural or a member of its *management* knew or should have known of the harassment and failed to take prompt, effective remedial action reasonably calculated to end the harassment.



__✓__     _____
Yes        No

*If you answered "No" to Questions 1, 2 **and** 3, skip the remaining questions, have your foreperson date and sign the verdict form, and advise the bailiff that you are done. If you answered "Yes" to Questions 1, 2 **or** 3, proceed to answer Question 4.*

**SPECIAL VERDICT FORM - 2**

### IV. Damages

**[For further instruction on the elements of damages which may be awarded see Instruction Nos. 19 and 20. Total Damages should be the sum of Economic and Non-Economic Damages. If you find that Ms. Johnson has no damages, then include Nominal Damages of $1.00 as Total Damages.]**

**Question 4:** What is the measure of plaintiff's damages?

    A. Economic Damages $ 7,740.00 .

    B. Non-Economic Damages $ 75,000.00 .

    C. Total Damages $ 82,740.00 .

### V. Punitive Damages

**[For guidance in answering these questions see Instruction No. 21.]**

**Question 5:** Has Ms. Johnson proved, by a preponderance of the evidence that Golden Valley Natural engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of Ms. Johnson regarding the sex, gender, or racially motivated hostile work environment or disparate treatment?

    __✓__    _____
    Yes       No

*If your answer to Question 5 is "Yes" proceed to answer Question 6.*

*If your answer is "No," have your foreperson sign and date the verdict form, and advise the bailiff that you are done.*

**Question 6:** What is the measure of plaintiff's punitive damages for racially and/or sexually motivated harassment and/or disparate treatment?

    $ 150,000.00.

**SPECIAL VERDICT FORM - 3**

_____
Foreperson

DATED: ___9/18/2020___

**SPECIAL VERDICT FORM - 4**