UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXIS JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GOLDEN VALLEY NATURAL, LLC,<br><br>　　　　　　Defendant. | Case No. 4:19-cv-00105-BLW<br><br>**JUDGMENT** |

　　　Based upon the Jury's verdict in this matter (Dkt. 57), and the Court's Order awarding Plaintiff equitable relief (Dkt. 58), **IT IS ORDERED, ADJUDGED AND DECREED**, that Judgment be entered in favor Plaintiff Alexis Johnson and against Defendant Golden Valley Natural, and that Defendant Golden Valley Natural, LLC, pay Alexis Johnson $7,740.00 in back pay, $75,000.00 in non-economic damages, and $150,000 in punitive damages.

　　　　　　　　　　　　　　　　　　DATED: October 8, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　B. Lynn Winmill
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

**JUDGMENT - 1**