William A. Fuhrman (ISB 2932)
Daniel E. Williams (ISB 3920)
Erika P. Judd (ISB 8241)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
Telephone: 208-331-1170
Facsimile: 208-331-1529
Email: *bfuhrman@idalaw.com*
       *dwilliams@idalaw.com*
       *ejudd@idalaw.com*

Attorneys for Defendant Golden Valley Natural, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALEXIS JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN VALLEY NATURAL, LLC,<br><br>　　　　Defendant. | Case No. 4:19-cv-00105-BLW<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR POST-TRIAL RELIEF [DKT. 71]** |

　　　　Defendant, Golden Valley Natural, LLC ("Golden Valley"), by and through its counsel of record, Jones Williams Fuhrman Gourley, P.A., withdraws its Motion for Post-Trial Relief, Dkt. 71. Golden Valley has reached a settlement with Plaintiff rendering an adjudication of its Motion [Dkt. 71] moot.

　　　　Dated this 17th day of November, 2020.

　　　　　　　　　　　　　　　　JONES WILLIAMS FUHRMAN GOURLEY, P.A

　　　　　　　　　　　　　　　　By: *Erika P. Judd*
　　　　　　　　　　　　　　　　Erika P. Judd, of the Firm

NOTICE OF WITHDRAWAL OF MOTION FOR POST-TRIAL RELIEF [DKT. 71] - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2020, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including but not limited to, the following:

| | |
|---|---|
| Jacob S. Wessel, Esq. | *wessel@thwlaw.com, dixon@thwlaw.com* |
| Bradley J. Williams, Esq. | *brad@wrightlawidaho.com* |
| David A. Eisele, Esq. | *dave@wrightlawidaho.com,*<br>*brad@wrightlawidaho.com,*<br>*dave.eisele@gmail.com* |
| Steven J. Wright, Esq. | *steve@wrightlawidaho.com* |
| Alexis Johnson | *alexisjo2700@gmail.com* |

_/s/ Erika P. Judd_
Erika P. Judd